# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**307**

**CA 16-00939**

PRESENT: WHALEN, P.J., SMITH, CENTRA, CURRAN, AND SCUDDER, JJ.

---

IN THE MATTER OF THE ESTATE OF ANTHONY J. THOMAS, DECEASED
------------------------------------------------
IN THE MATTER OF THE ESTATE OF DOROTHY THOMAS, DECEASED.
------------------------------------------------
JOSEPH M. THOMAS AND GLORIA M. BORRELLI, PETITIONERS-APPELLANTS,

V                                                      ORDER

TOM J. THOMAS, RESPONDENT-RESPONDENT.
(APPEAL NO. 1.)

---

BOND, SCHOENECK & KING, PLLC, ROCHESTER (JONATHAN B. FELLOWS OF COUNSEL), FOR PETITIONERS-APPELLANTS.

ADAMS BELL ADAMS, P.C., ROCHESTER (ANTHONY J. ADAMS, JR., OF COUNSEL), AND LACY KATZEN (RACHELLE H. NUHFER OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Monroe County (John M. Owens, S.), entered March 4, 2016. The order, among other things, directed that petitioners have the burden of proof at the hearing to establish that New York State Fence Company stock should be included in the estates.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see also* CPLR 5501 [a] [1]).

Entered: March 31, 2017                    Frances E. Cafarell
                                           Clerk of the Court